IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARRYLAND

Jeffrey B. Fisher
Doreen A. Strothman
Virginia S. Inzer
William K. Smart
Carletta M. Grier
9440 Pennsylvania Avenue, Suite 350
Upper Marlboro, MD 20772

Civil Case No.  15-CV-1357

-Plaintiffs-

-vs-

Kimmy R. Cathey AKA Kim Cathey
6226 Joe Klutsch Drive
Fort Washington, MD 20744
-Defendants-



### AMENDED NOTICE OF REMOVAL

COMES NOW Kimmy R Cathey (Homeowner) to file this Notice of Removal of this action to The United States District Court For The District Of Maryland and sets forth the following grounds for removal:

1. This suit in foreclosure action filed In The Circuit Court For Prince George's County, Maryland on July 23, 2013 entitled "Jeffrey B Fisher vs. Kimmy R Cathey" Civil Action Number CAEF13-21010. A copy of the Notice of Foreclosure Action and exhibits are attached hereto and represents all process and pleadings served upon the Defendant in this

1

matter.

2. Defendant at the time of the filing of this action, and still are, residents of Maryland.

3. The above described action is one of which The United States District Court has original jurisdiction based on 28 U.S.C. 1441 Removal of civil action (c) Joinder of Federal Law Claims and State Law Claims.-(1) If a civil action includes- (A) a claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of this title), and (B) a claim not within the original or supplemental jurisdiction of the district court or a claim that has been made non-removable by statute, the entire action may be removable if the action would be removable without the inclusion of the claim described in subparagraph (B). Thus removal is proper where "separate and independent" claims that arise under federal law are joined to otherwise non-removable claims.

4. Defendant Kimmy R Cathey is a defendant to an action in state court and may remove a case under § 1441(c) (1)(A).

5. The court can identify the party removing this case is Defendant Kimmy R Cathey, and it is the Trustees who brought forth the case in when they filed the Order to Docket to initiate the foreclosure proceedings in the Circuit Court for Prince George's County Maryland. See Md Rule 14-207; Md. CODE ANN., Real Prop. §7-105.1(d). (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 107-09 (1941); *Palisades Collections LLC v. Shorts*, 552 F.3d 327, 332 (4th Cir. 2008)).

[signature block follows]

Respectfully Submitted,

_____
Kimmy R. Cathy
6226 Joe Klutsch Drive
Fort Washington, MD 20744

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, under penalties of perjury, that a true and correct copy of the foregoing Notice of Removal was furnished to the Plaintiffs attorney of record, via USPS first class mail on or about _May 14_ 2015 as follows: Jeffrey B Fisher, The Fisher Law Group, PLLC, 9440 Pennsylvania Avenue, Suite 350, Upper Marlboro, MD 20772.

Signed by _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jeffrey B. Fisher<br>Doreen A. Strothman<br>Virginia S. Inzer<br>William K. Smart<br>Carletta M. Grier<br>9440 Pennsylvania Avenue, Suite 350<br>Upper Marlboro, MD 20772<br><br>-Plaintiffs-<br><br>-vs-<br><br>Kimmy R. Cathey AKA Kim Cathey<br>6226 Joe Klutsch Drive<br>Fort Washington, MD 20744<br>-Defendants- | Civil Case No. 15-CV-1357 |

### AMENDED NOTICE OF FILING NOTICE OF REMOVAL

To: The Honorable Sydney J. Harrison,
    CLERK OF THE CIRCUIT COURT
    FOR PRINCE GEORGE'S COUNTY,
    MARYLAND
   COURTHOUSE, ROOM D-1015
    14735 MAIN STREET
   COURTHOUSE, UPPER
    MARLBORO, MD 20772
    PHONE: (301) 952-3318

Dear Clerk:

Please take notice that on MAY 14 2015, Defendants/Appellant Kimmy R Cathey caused to be filed in the United States District Court For The District of Maryland a certain Notice of the Notice of Removal of the above captioned case, originally commenced In The Circuit Court For Prince George's County, Maryland with an order to docket residential foreclosure filed on May 14, 2015. A copy of said Notice of the Notice of Removal is herewith served upon you.

Respectfully Submitted,

Kimmy R. Cathy
6226 Joe Klutsch Drive
Fort Washington, MD 20744

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, under penalties of perjury, that a true and correct copy of the foregoing Notice Of The Notice Of Removal was furnished to the Plaintiffs attorney of record, via USPS first class mail on or about May 14 2015 as follows: Jeffrey B Fisher, The Fisher Law Group, PLLC, 9440 Pennsylvania Avenue, Suite 350, Upper Marlboro, MD 20772.

Signed by _____

STATE OF MARYLAND

COUNTY OF PRINCE GEORGE'S COUNTY

Sworn to (or affirmed) and subscribed before me

This 14th day of MAY, 2015, By KIMMY R. CATHEY

_____
Notary public

My Commission Exp. MAY 12, 2015

ERIC L. MCCAMEY
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 12, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARRYLAND

| | |
|---|---|
| Jeffrey B. Fisher<br>Doreen A. Strothman<br>Virginia S. Inzer<br>William K. Smart<br>Carletta M. Grier<br>9440 Pennsylvania Avenue, Suite 350<br>Upper Marlboro, MD 20772<br><br>-Plaintiffs-<br><br>-vs-<br><br>Kimmy R. Cathey AKA Kim Cathey<br>6226 Joe Klutsch Drive<br>Fort Washington, MD 20744<br>-Defendants- | Civil Case No. 15-CV-1357<br><br> |

**AMENDED CERTIFICATE OF FILING STATE COURT DOCUMENTS**

Defendant Kimmy R Cathey hereby certify that the documents attached to the Notice of Removal Exhibit A. Notice of Foreclosure Action, is a true and a correct, or accurate copy of the documents on file in state court, and that it constitutes all the fillings in the lawsuit filed in the lawsuit filed in the Circuit Court for Prince George's County entities "Jeffrey B Fisher vs. Cathey", case number CAEF 13-21010, that the removing Defendant have been able to obtain copies of or have in their possession.

[signature block follows]

1

Respectfully Submitted,

_____
Kimmy R. Cathy
6226 Joe Klutsch Drive
Fort Washington, MD 20744

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, under penalties of perjury, that a true and correct copy of the foregoing Certificate of Filing State Court Documents was furnished to the Plaintiffs attorney of record, via USPS first class mail on or about ___May 14___ 2015 as follows: Jeffrey B Fisher, The Fisher Law Group, PLLC, 9440 Pennsylvania Avenue, Suite 350, Upper Marlboro, MD 20772.

Signed by _____

STATE OF MARYLAND

COUNTY OF PRINCE GEORGE'S COUNTY

Sworn to (or affirmed) and subscribed before me

This 14TH day of MAY, 2015, By KIMMY R. CATHEY

_____
Notary public

My Commission Exp. MAY 12, 2016

ERIC L. MCCAMEY
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 12, 2016

2