IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

**JEFFREY B. FISHER, et. al.**
    **Substitute Trustees**
    **Plaintiffs**

v.                                                  Case No.: 15-cv-01357-GJH

**KIMMY R. CATHEY**
    **Defendant**

### PLAINTIFF'S 103.3 DISCLOSURE
### OF AFFILIATIONS AND FINANCIAL INTERESTS

Plaintiffs-Substitute Trustees (herein "Trustees"), by and through undersigned counsel, The Fisher Law Group, PLLC, report to the Court as follows:

1. Plaintiff-Substitute Trustees are individuals for which disclosure is not required under Local Rule 103.3.

2. Trustees report, to the extent disclosure is required under Local Rule 103.3 for a "corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have any financial interest whatsoever in the outcome of the litigation, and the nature of its financial interest," Trustees state the Note owner and holder secured by the subject deed of trust and purchaser at the subject foreclosure sale is Federal National Mortgage Association ("Fannie Mae"). Federal National Mortgage Association ("Fannie Mae") is also the loan servicer. Seterus, Inc. is the loan sub-servicer. As stated in Trustees' motion for

extension of time filed herein, Trustees await authority from the Note holder/purchaser to address this action and thereon will inquire of said entities and supplement this disclosure regarding parent entities or affiliations as may be appropriate.

          THE FISHER LAW GROUP, PLLC

          By: /s/ Martin S. Goldberg
              MARTIN S. GOLDBERG
              Bar Number: 06625
              9440 Pennsylvania Ave., Suite 350
              Upper Marlboro, MD 20772
              (301) 599-7700
              mgoldberg@first-legal.com
              *Counsel for Plaintiff-Substitute Trustees*

**CERTIFICATE OF SERVICE**

      I hereby certify this 10th day of June, 2015, a copy of the attached Plaintiff's 103.3 Disclosure Of Affiliations And Financial Interests was sent by first-class mail, postage prepaid, to:

Kimmy R. Cathey  
a\k\a Kimmy R. Ford  
6226 Joe Klutsch Drive  
Fort Washington, MD 20744

Khalifa Trust  
Minister Dorita Dixon, Trustee  
5727 Chillum Place, NE  
Washington, DC 20011

Kimmy R. Cathey  
a\k\a Kimmy R. Ford  
938 E. Swann Creek Road, #106  
Fort Washington, MD 20744

Kimmy R. Cathey  
a\k\a Kimmy R. Ford  
1000 South Avenue  
Rochester, NY 14620

          /s/ Martin S. Goldberg
          Martin S. Goldberg