IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY,
MARYLAND

JEFFREY B. FISHER, et. al.

    Substitute Trustees
    Plaintiffs

v.                                        Case No.: CAEF13-21010

KIMMY R. CATHEY

    Defendant

## ORDER

Upon consideration of the Substitute Trustees' Status Report and Request To Hold Ratification of Sale In Abeyance, any response thereto, and the record herein, it is this 26TH day of JUNE, 2015, **ORDERED**:

1. This action has been removed by Defendant Kimmy R. Cathey to the United States District Court for the District of Maryland under Case No. 15-cv-01357-GJH. Accordingly, the Court lacks jurisdiction to entertain this matter. ~~Ratification of the reported sale shall be held in abeyance and not advanced~~ THIS CASE IS STAYED pending disposition of the action in the United States District Court for the District of Maryland.

                                                    *Toni E. Clarke*
                                                    JUDGE TONI E. CLARKE

With copies to:

Martin S. Goldberg
9440 Pennsylvania Ave., Suite 350
Upper Marlboro, Maryland 20772

1

Kimmy R. Cathey
a\k\a Kimmy R. Ford
6226 Joe Klutsch Drive
Fort Washington, MD  20744

Kimmy R. Cathey
a\k\a Kimmy R. Ford
938 E. Swann Creek Road, #106
Fort Washington, MD  20744

Kimmy R. Cathey
a\k\a Kimmy R. Ford
1000 South Avenue
Rochester, NY 14620

Khalifa Trust
Minister Dorita Dixon, Trustee
5727 Chillum Place, NE
Washington, DC 20011

**FLG: 11-02789**