REGISTERED MAIL No.: 7014 2870 0000 5591 7053 *Certified*

```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 15  PM 2:49

CLERK'S OFFICE
AT GREENBELT

BY___BU___DEPUTY
```

# AFFIDAVIT OF MISTAKE

**July 15, 2015**
**To:**
George Jarrod Hazel, in his private capacity, "stylized as Judge GEORGE J. HAZEL IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, Greenbelt Division ";
6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770
(hereinafter jointly and severally as-"Respondents")

**From:**
Kimmy Ruth Ford a/k/a Kimmy Ruth Cathey
c/o[938] East Swann Creek Road [#108]
Fort Washington, Maryland Zip Exempt

**RE: Civil Case No.: 15-cv-01357-GJH**

Pursuant to [Supplemental Admiralty and Maritime Rule E8 and Federal Rules of Civil Procedure (FRCP) 17(b)], the undersigned Kimmy Ruth Ford a/k/a Kimmy Ruth Cathey (hereinafter-"Affiant") duly sworn (and/or affirmed) hereby under the penalty of perjury state and declare the following;

1. That Affiant is familiar with the facts recited in this affidavit and if called to testify could and would be a competent witness to the facts recited herein;

2. That Affiant is now, and at all times relevant to this declaration, alive, not missing nor lost at sea and this Statement hereby rebuts and repudiates any presumptions to the contrary;

3. That Affiant made a mistake by identifying with the entity/organization known as KIMMY RUTH FORD a/k/a KIMMY RUTH CATHEY or any derivative of the name therefrom;

4. That Affiant is NOT the entity/organization known as KIMMY RUTH FORD a/k/a KIMMY RUTH CATHEY;

5. That Affiant mailed a Notice to Maryland Secretary of State on April 28, 2015 regarding Change of Registered Agent and Registered Office, see **Exhibit A** for details;

Certified REGISTERED MAIL No.: 7014 2870 0000 5541 7053

6. That Maryland Secretary of State received the Statement of Change of Registered Agent and Registered office via Registered Mail number RE 940 629 054 US on May 4, 2015.

7. That more than thirty-one (31) days has pasted since the Change of Registered Agent and Registered Office was delivered to Maryland Secretary of State with NO rebuttal or dispute;

8. That Maryland Secretary of State is the Registered Agent for the entity/organization known as KIMMY RUTH FORD a/k/a KIMMY RUTH CATHEY and the registered office for the entity/organization known as KIMMY RUTH FORD a/k/a KIMMY RUTH CATHEY is State Department of Assessments and Taxation, Charter Division, 301 W. Preston Street; 8Th. Floor, Baltimore, MD 21201-2395

9. That Affiant is domiciled in the Lenni Lenape Territory which is governed by Circle 7 Holy Koran, see **Exhibit B** for details;

10. Affiant hereby verifies the information set forth above is true and correct to the best of Affiant's knowledge, except for those matters alleged to be on information and belief, which Affiant believes to be true;

Executed this 15th day of July, 2015, under penalty of perjury without the "United States" at Prince Georges County, Maryland.

Further Affiant Sayeth Naught

By: _Kimmy R. Ford_

Printed Name: _Kimmy r. ford_

### CERTIFICATE OF ACKNOWLEDGMENT

**State of Maryland**             )       -For Verification Purposes Only-
**County of Prince George**       )sa.
On July 15, 2015 before me, _Kimmy R. Ford_, a Notary KRF personally appeared Kimmy Ruth Cathey aka Kimmy Ruth Ford who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the man/woman acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of Maryland that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.
Signature _Jeanette Wilkinson_, Notary Public    (Seal)>>>

> Jeanette Wilkinson
> Notary Public
> Prince George's County
> Maryland
> My commission expires
> September 9, 2015

Affidavit of Mistake -page 2 of 4