CERTIFIED REGISTERED MAIL No.: 7014 2870 5591 2053

# Exhibit A

REGISTERED MAIL No.: R 940 629 054 US

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Kimmy-ruthi:ni.ford
General Delivery
Fort Washington, Maryland state

To: Office of the Secretary of The
STATE OF MARYLAND
John C. Wobensmith 301 W. Preston st.
Baltimore, Maryland 21201-2395

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Postmark Here: OXON HILL BRANCH, APR 28 2015

Special, private and confidential

All Rights Reserved, Without Prejudice

Page 1 of 4

REGISTERED MAIL No.: _____

**STATEMENT OF CHANGE OF
REGISTERED AGENT AND
REGISTERED OFFICE**
Model Business Corporation Act

To:
Office of Secretary of State of the
STATE OF MARYLAND
John C. Wobensmith
State Department of Assessments and Taxation
Charter Division
301 W. Preston Street; 8th Floor
Baltimore, MD 21201-2395

Office of the Secretary of State of the
STATE OF NEW YORK
Cesar A. Perales
One Commerce Plaza
99 Washington Ave
Albany, NY 12231-0001

<u>Space Above For Recorders Use Only</u>

**Organization Name:** KIMMY RUTH FORD f/k/a KIMMY RUTH CATHEY (hereinafter-"Entity")
**State of Organization/Incorporation:** NEW YORK
**State File Number:** 12650
**Date of Organization/Registration:** 12/28/1965

*** This Statement is presented for filing and shall constitute a public record for filing***

**BE IT RESOLVED** by the undersigned Kimmy Ruth Ford (hereinafter-"Grantee"), as the secured party, whose security interest was duly perfected by delivery on the above-referenced date of organization of the above referenced Entity the following;

**WHEREAS** the above-referenced Entity, having the said Corporate name, was registered and a 'public record' created due to the occurrence of the 'live birth' of Grantee on December 26th, 1965 at Rochester, Monroe County, New York by the State Registrar of Vital Statistics as per Article 41 Vital Statistics, Title 3 Registration of Births, section 4130 of Vital Statistics;

**WHEREAS** the said 'public record' created a state agency (Entity) as evidenced by the same entitled "Certificate of Live Birth" evidencing of the organization thereof;

**WHEREAS** it is the intent and desire of Grantee to hereby change the Registered Agent and Registered Office of Entity as they currently appear on the records of the Office of the Secretary of State of the STATE OF MARYLAND;

**WHEREAS** the Name and Address of the Registered Agent and Registered Office as they appear on the records of the Office the Secretary of State of the STATE OF MARYLAND before change is as follows;

    **Name of Registered Agent:** <u>Kimmy Ruth Ford f/k/a Kimmy Ruth Cathey</u>
    **Address of Registered Office**<u>: 6226 Joe Klutsch Drive, Fort Washington, Maryland 20744</u>

**NOW THEREFORE** the Name and Address of Registered Agent and Registered Office shall be as follows;

*[handwritten in right margin: Special, private and confidential]*

REGISTERED MAIL No.: _____

**Name of Registered Agent:** <u>Office of Secretary of State of the STATE OF MARYLAND</u>
**Address of Registered Office:** State Department of Assessments and Taxation, Charter Division, 301 W. Preston Street; 8th Floor, Baltimore, MD 21201-2395.

**AND THAT** the address of the registered office and the address of the business office of the registered agent, as changed, will be identical;

**FURTHERMORE** Grantee hereby resigns from any/all real and/or presumed state and/or government agency, hereby revokes, rescinds and makes Void Ab Initio NUNC PRO TUNC any/all real and/or presumed Power of Attorney(s), Suretyship(s), Custodianship(s). Any/all State, Government, Office, Officer, Agency, Custodian, and/or Agent shall not conduct the affairs of Entity without the express written consent of Grantee, duly authenticated by Grantee, effective immediately;

The undersigned Grantee hereby affirms under penalty of perjury without the "United States" that the facts stated herein are true and correct.

Signed and Sealed this ____ day of April 2015 at Prince George County, Maryland.

Reserving All Rights, Without Prejudice

/L/S/: <u>KIMMY RUTH FORD</u>

By: _____
Grantee, acting in said capacity

Printed Name: <u>Kimmy Ruth Ford</u>

**AFFIDAVIT OF MAILING**

\*\*\*Acceptance of the Terms and Conditions By Recipient is Acknowledged by Evidence of Delivery Thereto\*\*\*

I, the undersigned declare under penalty of perjury without the "United States" that the Original and one (1) duplicate copy of this Statement was delivered to the Office of the Secretary of State of the STATE OF MARYLAND and a copy of this Statement was delivered to the principal location (Registered Office before changes evidenced by this Statement) of the Entity via First Class United States Certified and/or Registered Mail at the addresses listed below as per the Model Business Corporations Act;

All Rights Reserved, Without Prejudice

By: _____, Affiant.

Printed Name: <u>Kimmy Ruth Ford</u>

*Special, Private and Confidential*

REGISTERED MAIL No.: _____

**Delivered To:**
Office of Secretary of State of the
STATE OF MARYLAND
John C. Wobensmith
State Department of Assessments and Taxation
Charter Division
301 W. Preston Street; 8th Floor
Baltimore, MD 21201-2395
410-974-5521
**Registered Mail Number:** RE 940 629 054 US

Office of the Secretary of State of the
STATE OF NEW YORK
Cesar A. Perales
One Commerce Plaza
99 Washington Ave
Albany, NY 12231-0001
518-473-2492
**Registered Mail Number:** RE 940 629-068 US

KIMMY RUTH FORD
6226 Joe Klutsch Drive
Fort Washington, Maryland 20744
301-893-4614
**Certified Mail Number:** 7014 050 0001 4250 1881

Special, Private and confidential