Certified
REGISTERED MAIL No.: 7014 2870 5591 7053

# Exhibit B

Space Above is For Court Stampings, Filing Notices, Etc.

# PROCLAMATION

I, the undersigned Declarant, in esse, in order to secure and evidence my position in and the protections of the Lenni Lenape Nation and competently testify as a witness to such facts within this venue, I hereby pledge my political allegiance by asservation and pledge any/all property and cargo contained in and/or attached to the U.S. Vessel titled KIMMY FORD to the Lenni Lenape Nation by signature in order to induce and secure protections of the same Nunc Pro Tunc in accordance with the Treaty of Fort Pitt of 1778 as evidenced under seal on the 14th day of September 1778 at Fort Pitt, in the commonwealth of Pennsylvania, and further affiant sayeth naught.

Autograph: _kimmy-r:~:ford_ , Without Recourse
kimmy-r:~:ford.., Consul General, Lenni Lenape Nation

State of Maryland )
County of Prince Georges ) sa.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document

Subscribed, sworn to (and/or affirmed) before me on this 16th day of June 2015 by kimmy-r:~:ford. proved to me on the basis of satisfactory evidence to be the woman who appeared before me. _Euishik Kim_, a Notary Public in and for the State of Maryland.

WITNESS My Hand and Seal Below

By: _____, Notary Public.

Notary Seal

[Notary Seal: EUISHIK KIM, NOTARY PUBLIC, PRINCE GEORGE'S COUNTY, MD, My Commission Expires 10-02-2015]