# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY B. FISHER, *et al.*, | |
| Plaintiffs, | |
| vs. | No. 8:15-cv-01357-GJH |
| KIMMY R. CATHEY, | |
| Defendant. | |

## JPMORGAN CHASE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Counter Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel, submits the following corporate disclosure statement:

1. Chase is a wholly-owned subsidiary of JPMorgan Chase & Co.

2. No corporation, unincorporated association, partnership or other business entity, which is not either: (1) a party to this lawsuit, or (2) a wholly-owned subsidiary of JPMorgan Chase & Co., is known to have a financial interest in the outcome of this litigation.

Respectfully submitted this the 13th day of November, 2015,

 s/ Matthew G. Lindenbaum
 Matthew G. Lindenbaum, Esq.
 Federal Bar No. 18196
 NELSON MULLINS RILEY & SCARBOROUGH LLP
 Attorneys for JPMorgan Chase Bank, N.A
 One Post Office Square, 30th Floor
 Boston, MA 02109
 Tel: 617.202.4632
 Fax: 617.573.4710
 E-mail: Matthew.lindenbaum@nelsonmullins.com

## Certificate of Service

   I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such to all registered users.

  And I hereby certify that I have mailed the foregoing by First Class U.S. Mail, postage prepaid, to the following non CM/ECF participants:

Kimmy Cathey a/k/a Kimmy Ford
626 Joe Klutsch Drive
Fort Washington, MD 20744
*Plaintiff, pro se*

              *s/ Matthew G. Lindenbaum*
              Matthew G. Lindenbaum